THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**DERRICK BERNARD JACKSON,** :
:
    Petitioner, :
:
v. : Civil Action
: No. 5:09-cv-337 (CAR)
**BILLY BROWN, Warden,** :
:
    Respondent. :
:
_____ :

# ORDER ON RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

    Before the Court is the United States Magistrate Judge's Recommendation (Doc. 33) to grant Respondent's Motion to Dismiss the instant Petition for Writ of Habeas Corpus for failure to exhaust state remedies. Petitioner has not entered an objection to the Recommendation. Upon review of the Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The record of the case shows that Petitioner has failed to exhaust his state remedies as required by 28 U.S.C. § 2254(b)(1) and (c). The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Respondent's Motion to Dismiss (Doc. 17) is hereby **GRANTED**, and the Petition is **DISMISSED** without prejudice.

    It is SO ORDERED this 20th day of May, 2010.

                                                        S/ C. Ashley Royal
                                                         C. ASHLEY ROYAL, JUDGE
                                                         UNITED STATES DISTRICT COURT

chw